# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **United States of America** <br> Plaintiff <br><br> v. <br><br> **Felix Abreu Echevarria** <br> Defendant | Criminal No. **16-783-GAG** <br><br> Illegal Reentry |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that Felix Abreu Echevarria above named hereby appeals from the sentence imposed by the Honorable Judge Gustavo Gelpi on 15 August 2017 entered in the above entitled action.

**CERTIFICATE OF SERVICE:** IHEREBY CERTIFY THAT ON THIS DATE I HAVE FILED THE FOREGOING WITH THE CLERK OF THE COURT USING *CM/ECF* WHICH WILL SEND NOTIFICATIONS OF SUCH FILINGS TO ALL PARTIES IN INTEREST IN THIS CASE.

**RESPECTFULLY SUBMITTED** ON THIS 21 August 2017, IN SAN JUAN, PUERTO RICO.

<u>**S/ Julie Soderlund**</u>
Julie Soderlund, MBA
**USDC-PR 210205**
PO Box 367761
San Juan, P.R. 00936-7761
soderlund.law@gmail.com
**Tel.** 787-721-6880